No. 918, Misc.  RAKES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 941, Misc.  BLYTHER *v.* DYSON ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Acting Assistant Attorney General Douglas, Alan S. Rosenthal* and *Mark R. Joelson* for respondents.

No. 942, Misc.  O'NEILL *v.* NORTH DAKOTA.  Supreme Court of North Dakota.  Certiorari denied.

No. 946, Misc.  HARRIS *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.  *Frances Kahn* for petitioner.

No. 949, Misc.  HOVNANIAN *v.* NEW YORK.  Appellate Division, Supreme Court of New York, Second Judicial Department.  Certiorari denied.

No. 954, Misc.  KLEIN *v.* KEATING, MEDICAL FACILITY SUPERINTENDENT, ET AL.  Supreme Court of California.  Certiorari denied.

No. 964, Misc.  SHAFFER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Joseph A. Calamia* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 989, Misc.  LONG *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT, ET AL.  Supreme Court of Pennsylvania.  Certiorari denied.